## T. B. SUMMERS *v.* IGNATIUS BROWN
[No. 9, January Term, 1936.]

*Decided February 6th, 1936.*

 

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, and SHEHAN, JJ.

*Samuel J. Aaron,* with whom was *Howard L. Aaron* on the brief, for the appellant.

*Ben B. Sellman,* with whom was *Samuel S. Levin* on the brief, for the appellee.

BOND, C. J., delivered the opinion of the Court.